In the Court of Criminal Appeals
Austin, TX.

## ** Motion For Rehearing EN BANC **

Joe Angel Acosta III
Petitioner PRO se
vi
The State of Texas.
respondent

PD-1323-14

Petitioner respectfully asks the Court for re-hearing and en banc Reconsideration of Petition for Discretionary Review # PD-1323-14 to effect Due Process as to review of sufficiency of aggravated Assault w/ Deadly weapon; to wit, a knife - under the proper analysis under Texas Penal Code § 22.02 (a)(2).

The 13th Court of Appeals reviewed this ground under the wrong statue (Texas Penal Code § 22.02 (a)(1).) I was not charged with causing Serious bodily Injury as the appellate Court alleged. was not given Due Process to this Properly raised issue. Thus, I No deadly weapon analysis was done in accordance with precedent cited in my P.D.R.

I certify under the penalty of Perjury, that this motion is made in good faith and not for delay and that a true a correct copy has been sent to: MR. Abel Acosta-Clerk, Texas Court of Criminal Appeals, P.O. Box 12308, Austin, TX. 78711 - on this the 20th day of Febuary, 2015 - via U.S. Mail, I do not have Postage to serve the State at this time.

Joe Angel Acosta III
#1844468-Clements Unit
9601 Spur 591
Amarillo, TX. 79107

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 24 2015

Abel Acosta, Clerk

Joe Angel Acosta III
#1844158 - Clements Unit
9601 Spur 591
Amarillo, Tx. 79107

※ Legal Mail

AMARILLO TX 791

20 FEB 2015 PM 2 L

7871183308

MR. Abel Acosta - Clerk
Texas Court of Criminal    Appeals
P.O. Box 12308
Austin, Tx. 78711